# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-mj-00432-GWF-1 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | Motion for Examination of Defendant |
| CLIFFORD JAMES SCHUETT, ) | by a Court Psychiatrist (#15); Motion |
| ) | for Release on Personal Recognizance |
| Defendant. ) | (#16); and Motion to Dismiss Charges |
| ) | (#17) |

　　　　This matter comes before the Court on Defendant's Motion for Examination of Defendant by a Court Psychiatrist (#15), Motion for Release on Personal Recognizance (#16), and Motion to Dismiss Charges (#17), filed on July 10, 2014.

　　　　Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant Schuett was appointed counsel on June 25, 2014. On July 3, 2014, Defendant filed a Motion (#9) to be appointed co-counsel, or in the alternative, to be permitted to represent himself. A motion hearing is set on Defendant's Motion (#9) for Thursday, July 17, 2014, for the limited purpose of determining whether the Defendant will be permitted to proceed pro se. Therefore the Court must deny Defendant's motions at this time considering that he is currently represented by counsel and failed to bring the aforementioned motions through his counsel of record. Accordingly,

...

...

...

...

**IT IS HEREBY ORDERED** that Defendant's Motion for Examination of Defendant by a Court Psychiatrist (#15), Motion for Release on Personal Recognizance (#16), and Motion to Dismiss Charges (#17) are **denied**, without prejudice.

DATED this __14th__ day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge