# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CLIFFORD JAMES SCHUETT,<br><br>  Defendant. | Case No. 2:14-mj-00432-GWF-1<br><br>**ORDER**<br><br>Motion to be Appointed Pro Se Counsel (#18) and Motion for Postage and Supplies (#20) |

This matter comes before the Court on Defendant's Motion to be Appointed Pro Se Counsel (#18) and Motion for Postage and Supplies (#20), filed on July 11, 2014.

Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant Schuett was appointed counsel on June 25, 2014. On July 3, 2014, Defendant filed a Motion (#9) to be appointed co-counsel, or in the alternative, to be permitted to represent himself. A motion hearing is set on Defendant's Motion (#9) for Thursday, July 17, 2014, for the limited purpose of determining whether the Defendant will be permitted to proceed pro se. Therefore the Court must deny Defendant's motion to be Appointed Pro Se Counsel as duplicative. The Court must also deny Defendant's Motion for Postage and Supplies at this time considering that he is currently represented by counsel and failed to bring the aforementioned motions through his counsel of record. Accordingly,

...

...

...

...

1 **IT IS HEREBY ORDERED** that Defendant's Motion to be Appointed Pro Se Counsel (#18) is **denied**, as duplicative.  Defendant currently has a pending Motion to be appointed co-counsel or in the alternative, to be permitted to represent himself that is set for hearing.

**IT IS FURTHER ORDERED** that Defendant's Motion for Postage and Supplies (#20) is **denied**, without prejudice.

DATED this \_\_15th\_\_ day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge