# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-mj-00432-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | Motion to Handle Medical Issues (#29) |
| CLIFFORD JAMES SCHUETT, ) | and Motion for Medical Treatment |
| Defendant. ) | (#30) |

This matter comes before the Court on Defendant's Motion to Handle Medical Issues (#29) and Motion for Medical Treatment (#30), filed on July 23, 2014.

Pursuant to Local Rule IA 10-6, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Defendant Schuett was appointed counsel on June 25, 2014. On July 3, 2014, Defendant filed a Motion (#9) to be appointed co-counsel, or in the alternative, to be permitted to represent himself. A motion hearing was set on Defendant's Motion (#9) for Thursday, July 17, 2014, for the limited purpose of determining whether the Defendant will be permitted to proceed pro se. Due to Defendant's health issues, however, the hearing was rescheduled for July 28, 2014. Prior to the July 28, 2014 hearing, Plaintiff filed the present motions for medical care. *See Dkt. #29, 30*.

At the hearing on Plaintiff's motion to be appointed co-counsel (#9), the Defendant advised the Court that he was not seeking to represent himself in this action and wished to retain his current counsel. *See Dkt. #32*. The Court also addressed the present motions for medical care. Because the Defendant remains represented by counsel, the Court instructed the Defendant to confer with his counsel on his medical matters and to file the appropriate motions through his counsel.

1    Therefore, the Court must deny Defendant's present motions for medical care at this time.
2    Accordingly,
3        **IT IS HEREBY ORDERED** that Defendant's Motion to Handle Medical Issues (#29) and
4    Motion for Medical Treatment (#30) are **denied**, without prejudice.  Defendant may bring the
5    appropriate motions through his attorney of record.
6        DATED this 28th day of July, 2014.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge