# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLIFFORD JAMES SCHUETT,<br><br>　　　　　Defendant. | Case No.  2:14-mj-00432-GWF<br><br>**ORDER**<br><br>Sealed Motion to Compel United States Marshal to Provide Medical Care for Defendant (#39) |

　　　This matter comes before the Court on Defendant Clifford James Schuett's Sealed Motion to Compel United States Marshal to Provide Medical Care for Defendant (#39), filed on August 20, 2014.

　　　Defendant Schuett represents that he has cataracts in both of his eyes and has been suffering from resulting blurriness/blindness for the last eighteen months.  He indicated that he made two (2) Sick Call Requests that have not resolved the issue.  He filed the present motion requesting an appointment with an ophthalmologist to address his cataracts.  *See Dkt. #39*.  Accordingly,

　　　**IT IS HEREBY ORDERED** that the U.S. Marshal Service shall submit a brief written report under seal indicating the status of Defendant Schuett's medical care related to his cataract or vision issues by **September 12, 2014**.

　　　DATED this 21st day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge