# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLIFFORD JAMES SCHUETT, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:14-mj-00432-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's Motion for an Order Stopping the Removal of the Petitioner Out of the District of Nevada (#51), Defendant's Motion to Pay Out of Pocket (#52), and Defendant's Motion to Transfer to Henderson Jail (#53), all filed on October 10, 2014.

Defendant Clifford Schuett filed these motions *pro se*. Defendant is currently represented by Rebecca A. Levy of the Federal Public Defender's office. Because clients are not permitted to file their own motions while represented by counsel, the motions are denied. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for an Order Stopping the Removal of the Petitioner Out of the District of Nevada (#51), Defendant's Motion to Pay Out of Pocket (#52), and Defendant's Motion to Transfer to Henderson Jail (#53) are **denied** without prejudice.

DATED this 15th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge