# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLIFFORD JAMES SCHUETT,<br><br>　　　　　Defendant. | Case No.  2:14-mj-00432-GWF<br><br>**ORDER**<br><br>Motion for Recusal - #55<br>Motion for Reconsideration - #57 |

　　　This matter is before the Court on Defendant Clifford D. Schuett's Petition and Motion for Recusal of Magistrate Judge (#55) filed on October 16, 2014, and Defendant's Motion for Magistrate Judge to Reconsider Magistrate Judge Order (#57) filed on October 16, 2014.

　　　As stated in the Court's previous order (#54), Defendant Clifford Schuett filed these motions *pro se*.  Defendant is currently represented by Rebecca A. Levy of the Federal Public Defender's office.  Because clients are not permitted to file their own motions while represented by counsel, the motions are denied.  In any event, there is no conflict that requires the undersigned judge to recuse himself.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant's Motion for Recusal of Magistrate Judge (#55) and Motion for Magistrate Judge to Reconsider Magistrate Judge Order (#57) are **denied**.

　　　DATED this 17th day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge